Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
***Aptum Law***
1660 S Amphlett Blvd., Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us
Jingyi.Guo@AptumLaw.us

Keren Hu (SBN 252725)
***Javalon Law, PC***
405 El Camino Real # 558
Menlo Park, CA 94025-5240
Tel.: (650) 608-5726
Email: kerenhu@javalonlaw.com

*Attorneys for Plaintiff Cixi City Liyuan*
*Auto Parts Co. Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIXI CITY LIYUAN AUTO PARTS CO., LTD.<br><br>                    Plaintiff,<br><br>          v.<br><br>YITA, LLC, and DOES 1-20<br><br><br>                    Defendants. | Case No.: _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

1

2

Plaintiff Cixi City Liyuan Auto Parts Co. Ltd. complains against Defendant Yita, LLC doing business as Yitamotor for patent infringement as follows:

3

4

**NATURE OF THE ACTION**

5

1.      This is a patent infringement case.

6

7

2.      Having made significant research and development efforts, Plaintiff Cixi Auto invented and patented various truck cover systems. Plaintiff Cixi Auto's patented truck cover systems earned high customer reviews and strong sales proceeds.

8

9

10

11

12

13

14

15

16

17

18

19

20



21

*Plaintiff Cixi Auto's patent truck cover systems currently on sale on Amazon.com*

22

23

24

3.      Defendant Yita, LLC is operated by unknown individuals residing in China. Defendant Yita operates several Amazon storefronts designed to appear to be selling genuine products, while actually selling Infringing Products to unwitting consumers. Defendant Yita's Amazon Stores use similar product images and specifications, advertising, and sell similar

25

26

27

28

2

Infringing Products.

4.      Plaintiff Cixi Auto is forced to file this suit to stop Defendant Yita's from infringing on its patented technologies, as well as to protect innocent California consumers from unknowingly purchasing Infringing Products on Amazon.

5.      Plaintiff Cixi Auto has been and continues to be irreparably damaged from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing its patented features as a result of Defendant Yita's actions and seeks injunctive and monetary relief.

## JURISDICTION AND VENUE

6.      This Court has original subject matter jurisdiction over this case under the Patent Act, 35 U.S.C. § 1, *et seq.*, 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331.

7.      This Court may properly exercise personal jurisdiction over Defendant Yita. Because Defendant Yita's principal place of business is located at 3990 S Riverside Ave, Colton, CA, 92324.

8.      Although initially formed as a Washington State Limited Liability Company, Defendant Yita's registered address in the State of Washington (3834 136th Ave SE, Bellevue, WA 98006) is a single-family house.

9.      In its most recent filing with the Secretary of State of California, Defendant Yita declares under the penalty of perjury that its sole manager or member, and CEO is Ms. Yaqin Tao, whose address is 3990 S Riverside Ave Rialto, CA 92324. Defendant Yita further declares under the penalty of perjury that it has no other corporate officers.

10.      Defendant Yita also maintains a storage and shipping hub at 11177 White Birch Ave., Rancho Cucamonga, CA 91730.

**COMPLAINT FOR PATENT INFRINGEMENT**

11.     Defendant Yita stores a substantial number of Infringing Products at its Colton and Rancho Cucamonga, CA locations and ships a substantial number of Infringing Products from its Colton and Rancho Cucamonga, CA locations.

12.     Further, Defendant Yita hires a substantial number of employees and contractors at its Colton and Rancho Cucamonga, CA locations. For example, Defendant Yita has hired and continues to hire various shipping clerks at its Colton and Rancho Cucamonga, CA locations.

13.     Next, Defendant Yita directly targets its business activities toward California consumers. Specifically, Defendant Yita purposefully targets California residents by fulfilling customer orders placed through its various Amazon Stores directly from its Colton and Rancho Cucamonga, CA locations.

14.     Venue is proper in this District under 28 U.S.C. § 1391: as explained above, Defendant Yita conducts substantial business at its Colton and Rancho Cucamonga, CA locations.

## **THE PARTIES**

15.     Plaintiff Cixi Auto is a China limited company. Plaintiff owns the United States Utility Patent No. 9,981,537, a true and correct copy of which is attached as Exhibit A to this Complaint (the '537 Patent).

16.     Defendant Yita is controlled by individuals and corporate entities residing in China. Defendant Yita imports and distributes automobile parts and products from manufactures in China.

17.     At all relevant times, Plaintiff Cixi Auto is ignorant of the true names and capacities of the defendants named herein as Does 1 through 20, inclusive, and therefore names

**COMPLAINT FOR PATENT INFRINGEMENT**

these defendants by such fictitious names. Plaintiff Cixi Auto will amend or will seek leave to amend this Complaint to allege the true names and capacities of said defendants when they are ascertained. Bach of the fictitiously named defendants is responsible in some manner for the matters alleged herein.

## FACTUAL ALLEGATIONS

18.   The '537 Patent was filed on February 14, 2017 and duly issued on May 29, 2018.

19.   The claim 1 of the '537 Patent reads as follows:

A truck cover system, comprising:

a rail configured to couple to a truck, the rail comprising:

a rail body defining a cover slot configured to couple to a cover that extends over a truck bed;

a wall extending away from the rail body with alignment indicia;

a latch system configured to couple to the rail, the latch system, comprising

a latch housing comprising a tongue aperture;

a tongue configured to move axially within the tongue aperture;

a tongue fastener coupled to the tongue to secure the tongue to the latch housing, wherein the tongue fastener couples to the tongue;

a spring surrounding a portion of the tongue fastener, wherein the spring axially biases the tongue into engagement with the rail; and

a latch positioner configured to couple to the rail and to the latch housing to enable rotation of the latch housing, wherein the alignment indicia facilitate alignment of the latch positioner on the rail.

20.   Plaintiff Cixi Auto's patented products as claimed in the '537 Patent are sold

COMPLAINT FOR PATENT INFRINGEMENT

under the Liyuan Autoparts brand on Amazon.com. The Liyuan Autoparts brand is well established on Amazon.com and enjoys quality customer reviews and high ratings, earning 4.7 stars on Amazon with around 2,727 user reviews.

21.     Plaintiff Cixi Auto has not granted a license or any other form of permission to Defendant Yita to practice its '537 Patent.

22.     Further, infringers such as Defendant Yita typically operate multiple credit card merchant accounts and PayPal accounts behind layers of payment gateways so that they can continue operation despite Plaintiff Cixi Auto's enforcement efforts, such as take down notices. On information and belief, Defendant Yita maintains off-shore bank accounts and regularly moves funds from its PayPal accounts or other financial accounts to off-shore bank accounts outside the jurisdiction of this Court. Indeed, an analysis of PayPal transaction logs from previous similar cases indicates that offshore infringers regularly move funds from U.S.-based PayPal accounts to China-based bank accounts outside the jurisdiction of this Court.

23.     Defendant Yita, without any authorization or license from Plaintiff Cixi Auto, has knowingly and willfully offered for sale, sold, and/or imported into the United States for subsequent resale or use products that infringe the '537 Patent, and continues to do so via its various Amazon Stores. Each of Defendant Yita's Amazon Store offers shipping to California and each, on information and belief, has sold Infringing Products into California.

24.     Defendant Yita's infringement of the '537 Patent in the offering to sell, selling, or importing of the Infringing Products is willful.

25.     Defendant Yita's infringement of the '537 Patent in connection with the offering to sell, selling, or importing of the Infringing Products, including the offering for sale and sale of Infringing Products in California, is irreparably harming Plaintiff Cixi Auto.

**COMPLAINT FOR PATENT INFRINGEMENT**

1

2

## COUNT I: UTILITY PATENT INFRINGEMENT

### (35 U.S.C. § 271)

3

4

26.      Plaintiff Cixi Auto hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

5

6

7

8

27.      Defendant Yita offers for sale, sell, and/or import into the United States for subsequent resale or use Infringing Products that infringe the truck cover system claimed in the '537 Patent, *i.e.*, the truck bed features, as exemplified below:

9

| Claimed Features | Exemplary Basis of Infringement |
|---|---|
| A truck cover system, comprising:<br><br>  a rail configured to couple to a truck, the rail comprising:<br><br>  a rail body defining a cover slot configured to couple to a cover that extends over a truck bed;<br><br>  a wall extending away from the rail body with alignment indicia;<br><br>  a latch system configured to couple to the rail, the latch system, comprising<br><br>      a latch housing comprising a tongue aperture;<br><br>      a tongue configured to move axially within the tongue aperture;<br><br>      a tongue fastener coupled to the tongue to secure the tongue to the latch housing, |  |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR PATENT INFRINGEMENT**

| | |
|---|---|
| wherein the tongue fastener couples to the tongue; a spring surrounding a portion of the tongue fastener, wherein the spring axially biases the tongue into engagement with the rail; and a latch positioner configured to couple to the rail and to the latch housing to enable rotation of the latch housing, wherein the alignment indicia facilitate alignment of the latch positioner on the rail. | |

///

///

///

///

///

///

///

///

///

///

///

**COMPLAINT FOR PATENT INFRINGEMENT**

| Claimed Features Shown In The Specification Of The '537 Patent | Exemplary Basis Of Infringement |
|---|---|
|  |  |

28.     Defendant Yita has infringed the '537 Patent through the acts described in this Complaint and will continue to do so unless enjoined by this Court. Defendant Yita's infringing conduct has caused Plaintiff Cixi Auto to suffer irreparable harm resulting from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing the patented invention. Plaintiff is entitled to injunctive relief pursuant to 35 U.S.C. § 283.

29.     Unless a preliminary and permanent injunction is issued enjoining Defendant Yita and all others acting on in active concert therewith from infringing the '537 Patent, Plaintiff Cixi Auto will continue to be irreparably harmed.

30.    Plaintiff Cixi Auto is entitled to recover damages adequate to compensate for the infringement, including Defendant Yita's profits pursuant to 35 U.S.C. § 289. Plaintiff Cixi Auto is also entitled to recover any other damages as appropriate pursuant to 35 U.S.C. § 284.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Cixi Auto prays for a judgment against Defendant Yita and DOES 1-20 as follows:

1)    That Defendant Yita, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

a.    offering for sale, selling, and importing any products not authorized by Plaintiff that embody or practice any feature of the truck cover system as claimed in the '537 Patent;

b.    aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the '537 Patent; and

c.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2)    Entry of an Order that, upon Plaintiff Cixi Auto's request, those in privity with Defendant Yita and those with notice of the injunction, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, Walmart.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and

10

**COMPLAINT FOR PATENT INFRINGEMENT**

other payment processing service providers, Amazon search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") shall:

    a.    disable and cease providing services being used by Defendant Yita, currently or in the future, to engage in the sale of goods that infringe the patented features;

    b.    disable and cease displaying any advertisements used by or associated with Defendant Yita in connection with the sale of infringing goods using the patented features; and

    c.    take all steps necessary to prevent links to the Defendant Yita's Amazon Stores identified on Exhibit B attached to this Complaint from displaying in search results, including, but not limited to, removing links to the Defendant Yita's Amazon Stores from any search index.

3)    That Plaintiff Cixi Auto be awarded such damages as it shall prove at trial against Defendant that are adequate to compensate Plaintiff Cixi Auto for infringement of the '537 Patent, including and not limited to all of the profits realized by Defendant, or others acting in concert or participation with Defendant `, from Defendant Yita's infringement of the '537 Patent;

4)    That the Court increase the damages up to three times the amount found or assessed, after an accounting, pursuant to 35 USC § 284;

5)    That Plaintiff Cixi Auto be awarded its reasonable attorneys' fees and costs; and

6)    Any and all other relief that this Court deems just and proper.

///

///

11

**COMPLAINT FOR PATENT INFRINGEMENT**

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff Cixi Auto hereby demands a jury trial on all issues so triable.

3

4      Dated: December 18, 2023                    Respectfully submitted,

5

6

7

8

9                                                 By:_____

10                                                    Zheng "Andy" Liu (SBN 279327)
                                                       Jingyi Guo (SBN 335448)
11                                                    ***Aptum Law***
                                                       1660 S Amphlett Blvd., Suite 315
12                                                    San Mateo, CA 94402
                                                       Tel.: (650) 475-6289
13                                                    Email: Andy.Liu@AptumLaw.us

14
                                                       Keren Hu (SBN 252725)
15                                                    ***Javalon Law, PC***
                                                       405 El Camino Real # 558
16                                                    Menlo Park, CA 94025-5240
                                                       Tel.: (650) 608-5726
17                                                    Email: kerenhu@javalonlaw.com

18
                                                  *Attorneys for Plaintiff Cixi City Liyuan Auto Parts Co. Ltd.*
19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR PATENT INFRINGEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**COMPLAINT FOR PATENT INFRINGEMENT**



US009981537B2

(12) **United States Patent**

Xu

(10) Patent No.: **US 9,981,537 B2**

(45) Date of Patent: **May 29, 2018**

(54) **TRUCK COVER SYSTEM**

(71) Applicant: **Cixi City Liyuan Auto Parts Co., Ltd.**, Cixi (CN)

(72) Inventor: **Enli Xu**, Cixi (CN)

(73) Assignee: **CIXI CITY LIYUAN AUTO PARTS CO., LTD.**, Cixi (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days. days.

(21) Appl. No.: **15/431,790**

(22) Filed: **Feb. 14, 2017**

(65) **Prior Publication Data**

US 2018/0111460 A1    Apr. 26, 2018

(30) **Foreign Application Priority Data**

Oct. 21, 2016    (CN) .......................... 2016 1 0918978

(51) **Int. Cl.**
**B60J 7/10** (2006.01)
**B60J 7/185** (2006.01)

(52) **U.S. Cl.**
CPC ............. **B60J 7/104** (2013.01); **B60J 7/1858** (2013.01)

(58) **Field of Classification Search**
CPC ................................ B60J 7/104; B60J 7/1858
USPC ....................................... 296/100.16–100.18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,752,449 | B1 * | 6/2004 | Wheatley | B60J 7/102 |
| | | | | 296/100.17 |
| 7,900,990 | B2 * | 3/2011 | Townson | B60P 7/0815 |
| | | | | 296/100.16 |
| 7,954,876 | B2 * | 6/2011 | Kosinski | B60J 7/102 |
| | | | | 296/100.17 |
| 8,128,149 | B1 * | 3/2012 | Wolf | B60J 7/10 |
| | | | | 160/371 |
| 2008/0106114 | A1 * | 5/2008 | Wheatley | B60J 7/061 |
| | | | | 296/100.17 |
| 2017/0129316 | A1 * | 5/2017 | Williamson | B60J 7/068 |

* cited by examiner

*Primary Examiner* — Dennis H Pedder
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

A truck cover system that includes a rail that couples to a truck. The rail includes a rail body with a cover slot that couples to a cover and a wall that extends away from the rail body with alignment indicia. A latch system couples to the rail. The latch system includes a latch housing that includes a tongue aperture. A tongue moves axially within the tongue aperture. A tongue fastener couples to the tongue to secure the tongue to the latch housing. A spring surrounds a portion of the tongue fastener and axially biases the tongue into engagement with the rail. A latch positioner couples to the rail and to the latch housing to enable rotation of the latch housing while the alignment indicia facilitates alignment of the latch positioner on the rail.

**10 Claims, 4 Drawing Sheets**

FIG. 1

FIG. 2



FIG. 3



FIG. 4



FIG. 5

US 9,981,537 B2

1

**TRUCK COVER SYSTEM**

FIELD OF THE INVENTION

The disclosure generally relates to a compartment cover system for trucks.

BACKGROUND OF THE INVENTION

This section is intended to introduce the reader to various aspects of art that may be related to various aspects of the present invention, which are described and/or claimed below. This discussion is believed to be helpful in providing the reader with background information to facilitate a better understanding of the various aspects of the present invention. Accordingly, it should be understood that these statements are to be read in this light, and not as admissions of prior art.

Pickup trucks are widely used vehicles that enable transportation of cargo as well as passengers. Passengers are typically housed in the truck cab while cargo can be stored in the truck bed. The truck bed is usually rectangularly shaped and open to the environment to facilitate loading and carrying of large and/or oddly shaped cargo. However, exposing the truck bed to the environment may leave the truck bed and/or cargo unprotected. For example, the truck bed and/or cargo may be exposed to dirt, precipitation (e.g., rain, snow, hail), etc. Accordingly, some truck owners purchase truck covers to protect the truck bed as well as items stored in the truck bed.

SUMMARY OF THE INVENTION

The present disclosure is directed to a truck cover system. The truck cover system includes a rail that couples to a truck. The rail includes a rail body with a cover slot that couples to a cover and a wall that extends away from the rail body. The rail body includes alignment indicia. A latch system couples to the rail. The latch system includes a latch housing that includes a tongue aperture. A tongue moves axially within the tongue aperture. A tongue fastener couples to the tongue to secure the tongue to the latch housing and a spring surrounds a portion of the tongue fastener and axially biases the tongue into engagement with the rail. A latch positioner couples to the rail and to the latch housing to enable rotation of the latch housing while the alignment indicia facilitates alignment of the latch positioner on the rail.

An aspect of the disclosure includes a truck cover system with a rail that couples to a truck. The rail includes a rail body with a cover slot that couples to a cover that extends over a truck bed and a wall that extends away from the rail body with alignment indicia. A latch system couples to the rail to tension the cover. A latch positioner couples to the rail and to the latch system, while the alignment indicia facilitate alignment of the latch positioner on the rail.

BRIEF DESCRIPTION OF THE DRAWINGS

Various features, aspects, and advantages of the present invention will be better understood when the following detailed description is read with reference to the accompanying figures in which like characters represent like parts throughout the figures, wherein:

FIG. **1** is a perspective view of an embodiment of a truck with a truck cover system;

2

FIG. **2** is a rear partial perspective view of an embodiment of a truck cover system with a latch system in an unlatched position;

FIG. **3** is a rear partial perspective view of an embodiment of a truck cover system with a latch system in a latched position;

FIG. **4** is a cross-sectional view of an embodiment of a latch system along line **4-4** of FIG. **3**; and

FIG. **5** is a partial perspective view of an embodiment of the truck cover system without the latch system.

DETAILED DESCRIPTION

One or more specific embodiments of the present invention will be described below. These embodiments are only exemplary of the present invention. Additionally, in an effort to provide a concise description of these exemplary embodiments, all features of an actual implementation may not be described in the specification. It should be appreciated that in the development of any such actual implementation, as in any engineering or design project, numerous implementation-specific decisions must be made to achieve the developers' specific goals, such as compliance with system-related and business-related constraints, which may vary from one implementation to another. Moreover, it should be appreciated that such a development effort might be complex and time consuming, but would nevertheless be a routine undertaking of design, fabrication, and manufacture for those of ordinary skill having the benefit of this disclosure.

The embodiments discussed below include a truck cover system with a rail that includes indicia (e.g., symbols, numbers, or a combination thereof) that facilitate alignment of latch systems for tensioning a cover. In other words, the indicia may facilitate parallel alignment of latch systems. The truck cover system may also include a latch system with a latch housing that that receives and enables a tongue to move axially within the latch housing. The latch housing enables the removal of the tongue in a first direction while blocking removal of the tongue in a second direction.

FIG. **1** is a perspective view of an embodiment of a truck **10** with a truck cover system **12**. As illustrated, the cover system **12** covers the compartment **14** formed by the truck bed **16** to protect an interior of the truck bed **16** and items that may be stored in the compartment **14**. For example, the cover system **12** may block dirt and precipitation from entering the truck bed **16**. The cover system **12** includes a cover **18** (e.g., soft cover) that extends over the compartment **14**. The cover **18** may be made out of a variety of materials including fabric, plastic (e.g., vinyl), etc. The cover **18** couples to the truck bed **16** with rails **20** that in turn couple to truck walls **22** (e.g., truck bed walls). To block removal of the cover **18** and/or access to the truck bed **16**, the cover system **12** includes one or more latch systems **24**. For example, the cover system **12** may include two latch systems **24** one at each corner of the truck bed **16** next to the tailgate **26**. In operation, the latch systems **24** couple to the rails **20** to tension/pull the cover **18** into an extended position (e.g., taught position) that facilitates the flow of precipitation off of the cover system **12** as well as enhancing the aesthetic appearance of the cover system **12**.

FIG. **2** is a rear partial perspective view of an embodiment of a truck cover system **12** (without the cover **18**) with a latch system **24** in an unlatched position. As illustrated, the rail **20** has a body **40** (e.g., rail body) that includes a cover slot **42** and a rail wall **44** that couples to the truck **10**. In some embodiments, a weather seal (e.g., rubber, plastic) may rest

US 9,981,537 B2

3

between the rail wall **44** and the truck wall **22** to block dirt, precipitation, etc. from entering the truck bed **16** between the rail **20** and the truck wall **22**. The weather seal may also double as a cushion that protects a surface of the truck wall **22** (e.g., protect the paint job).

As explained above, the cover system **12** includes a latch system **24** that couples to the rails **20** to tension and secure the cover **18** to the truck **10**. In order to couple the latch system **24** to the rail **20**, the cover system **12** includes a latch positioner **46**. The latch positioner **46** includes a curved slot **48** that receives and enables a curved end **50** of a latch housing **52** to rotate and couple to the rail **20**. For example, the latch housing **52** rotates about the latch positioner **46** in direction **54** to secure the latch system **24** to the rail **20**, and releases as the latch housing **52** rotates in direction **56**.

To secure the latch system **24** to the rail **20**, the latch system **24** includes a tongue **58**. The tongue **58** moves axially in and out of the latch housing **52** in axial directions **60** and **62** to engage and disengage from the rail **20**. For example, as the latch housing **52** rotates in direction **54** the tongue **58** contacts the surface **64** (e.g., slanted, tapered, curved surface) on the rail body **40**. The surface **64** drives the tongue **58** into the latch housing **52** in axial direction **62**. Once the latch housing **52** rotates past the surface **64**, the tongue **58** extends out of the latch housing **52** in axial direction **60** and into the tongue slot **66**. In this position, the tongue **58** couples/secures the latch system **24** to the rail **20**.

While the cover **18** is not shown in FIG. **2**, the cover **18** couples to the latch system **24** enabling the latch system **24** to tension the cover **18** into an extended position. After extending/tensioning the cover **18**, the cover **18** facilitates the flow of precipitation and enhances the aesthetic appearance of the cover system **12**. The cover **18** couples to the rail **20** by sliding an end of the cover **18** into the cover slot **42**. The cover slot **42** is formed by the rail **20** with first and second curved portions **67**, **68** (e.g., hooks) on opposite sides of a recess **70**.

In some embodiments, the latch housing **52** may include a curved surface **72** that facilitates the flow of precipitation off of the truck **10**, enhances the appearance of the cover system **12**, and facilitates handling (e.g., opening of the cover system **12**). The latch housing **52** may also include a connector **74** that extends away from the latch housing **52**. The connector **74** enables the latch system **24** located at one corner of the truck bed **16** to connect to the opposing latch system **24** located at a parallel corner of the truck bed **16**. For example, a bar may couple to the connectors **74** to connect the latch systems **24**.

FIG. **3** is a rear partial perspective view of an embodiment of a truck cover system **12** coupled to a truck wall **22** with the latch system **24** in a latched position. As explained above, the tongue **58** moves axially in and out of the latch housing **52** in axial directions **60** and **62** to engage and release from the rail **20**. As the latch housing **52** rotates in direction **54**, a surface **90** (e.g., tapered, slanted, curved surface) (see FIG. **4**) of the tongue **58** contacts the surface **64** on the rail body **40**. The surface **64** drives the tongue **58** in axial direction **62** and into the latch housing **52**. After the latch housing **52** rotates past the surface **64**, the tongue **58** extends out of the latch housing **52** in axial direction **60** and into the tongue slot **66** to lock the latch system **24** in place. In the latched position, a surface **92** (e.g., flat) on the tongue **58** contacts a latch retention surface **94** (see FIG. **4**) on the rail **20** that blocks the tongue **58** and thus rotation of the latch housing **52**. Without user intervention to disengage the tongue **58** from the tongue slot **66**, the latch system **24** remains in the latched position.

4

FIG. **4** is a cross-sectional view of an embodiment of a latch system **24** along line **4-4** of FIG. **3**. As illustrated, the latch housing **52** includes an aperture **96** (e.g., tongue aperture) with a counterbore portion **98** and a thru-hole portion **100**. The counterbore portion **98** has a diameter **102** that is greater than a diameter **104** of the thru-hole portion **100**. The difference in diameters **102** and **104** enables the latch housing **52** to receive the tongue **58** and block removal of the tongue **58** in axial direction **62**. A fastener **106** couples to the tongue **58** and includes a first end **108** and a second end **110**. The first end **108** defines a threaded portion **112** that threadingly couples to an aperture **114** inside of the tongue **58**. The second end **110** of the fastener **106** defines an enlarged head portion **116** with a diameter **118** that is larger than the diameter **104** of the thru-hole portion **100** to block removal of the fastener **106** from the latch housing **52** in axial direction **60**. In some embodiments, the aperture **114** in the tongue **58** may receive a threaded bushing **120** that is welded, glued, press fit, or otherwise coupled to the tongue **58**. Therefore, instead of coupling directly to the tongue **58**, the fastener **106** threadingly couples to the threaded bushing **120**.

Surrounding the fastener **106** between the first end **108** and the second end **110** is a spring **122** (e.g., helical spring). The spring **122** has a first end **124** and a second end **126** with the first end **124** contacting a rear face **128** of the tongue **58** and the second end **126** contacting a counterbore face **130**.

In operation, the spring **122** biases the tongue **58** away from the counterbore face **130** in axial direction **60**. However, when a force greater than the spring force of the spring **122** contacts the tongue **58**, the spring **122** compresses in axial direction **62** between the tongue **58** and counterbore face **130**. As the spring **122** compresses, the fastener **106** slides in axial direction **62** through the thru-hole portion **100**, which drives the tongue **58** into the latch housing **52**. Once the force is removed, the spring **122** biases the tongue **58** in axial direction **60**, so that a portion of the tongue **58** extends out of the latch housing **52** (e.g., extends into the tongue slot **66**).

FIG. **5** is a perspective view of an embodiment of the truck cover system **12** without the latch system **24**. As explained above, the cover system **12** may include two latch systems **24** one for each rail **20**. In order to properly tension the cover **18**, the latch systems **24** should align with one another (e.g., be parallel). To facilitate alignment, the rail **20** includes indicia **150** (e.g., measurement, alignment indicia) that enable a user to easily determine the position of the latch positioner **46** with respect to an end **152**, **154** of the rail **20**. The indicia **150** may be located on a surface **155** of the rail wall **44** and/or positioned at another location. For example, the indicia **150** may be on the surface **64** of the rail **20**. The indicia **150** may be a symbol such as lines and/or other shapes (e.g., circles, triangles, squares). In some embodiments, the indicia **150** may be words and/or numbers. For example, numbers may represent measurements (e.g., inches, mm) from an end **152**, **154** or a simple number (e.g., 1, 2, 3) that indicates a position with respect to the rail **20**. In some embodiments, the indicia **150** may be a combination of shapes, words, and numbers, or a subset thereof. In operation, a user can easily determine the position of each latch positioner **46** by referring to the indicia **150**, thus avoiding the need to separately measure a distance from an end **152**, **154** of each rail **20** in order to align the latch positioners **46**.

After aligning the latch positioner **46**, the latch positioner **46** is coupled to the rail **20**. In some embodiments, the latch positioner **46** defines one or more apertures **156** that receive

fasteners **158** (e.g., screws, bolts) that threadingly engage the tongue slot **66**. In some embodiments, the fasteners **158** engage a protrusion **160** (e.g., alignment protrusion) that extends from the rail wall **44**. As the fasteners **158** engage the protrusion **160**, the fasteners **158** compress the latch positioner **46** against the rail **20** (e.g., rail body **40**, the protrusion **160**, or a combination thereof). In some embodiments, the latch positioner **46** includes a slot **162** that receives the protrusion **160**. The rail **20** may therefore facilitate alignment and retention of the latch positioner **46** as the latch positioner **46** moves/slides between the ends **152**, **154** of the rail **20** over the protrusion **160**. In some embodiments, the protrusion **160** is rectangular in shape with a rounded end **164**. In other embodiments, the protrusion **160** may be square, semi-circular, etc.

While the invention may be susceptible to various modifications and alternative forms, specific embodiments have been shown by way of example in the drawings and have been described in detail herein. However, it should be understood that the invention is not intended to be limited to the particular forms disclosed. Rather, the invention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the invention as defined by the following appended claims.

What is claimed is:

**1**. A truck cover system, comprising:
a rail configured to couple to a truck, the rail comprising:
a rail body defining a cover slot configured to couple to a cover that extends over a truck bed;
a wall extending away from the rail body with alignment indicia;
a latch system configured to couple to the rail, the latch system, comprising:
a latch housing comprising a tongue aperture;
a tongue configured to move axially within the tongue aperture;

a tongue fastener coupled to the tongue to secure the tongue to the latch housing, wherein the tongue fastener couples to the tongue;
a spring surrounding a portion of the tongue fastener, wherein the spring axially biases the tongue into engagement with the rail; and
a latch positioner configured to couple to the rail and to the latch housing to enable rotation of the latch housing, wherein the alignment indicia facilitate alignment of the latch positioner on the rail.

**2**. The system of claim **1**, wherein the rail comprises an alignment protrusion that extends from the wall.

**3**. The system of claim **2**, wherein the alignment protrusion is substantially perpendicular to the wall.

**4**. The system of claim **2**, wherein the alignment protrusion extends from a first end of the rail to a second end of the rail.

**5**. The system of claim **2**, wherein the latch positioner comprises a slot that receives the alignment protrusion, wherein the latch positioner is configured to align by sliding axially over the alignment protrusion.

**6**. The system of claim **1**, wherein the rail defines a tongue slot that receives the tongue in a latched position.

**7**. The system of claim **6**, wherein the latch positioner defines an aperture that receives a fastener, wherein the fastener is configured to extend through the aperture and into the tongue slot to couple the latch positioner to the rail.

**8**. The system of claim **1**, wherein the tongue aperture comprises a thru-hole portion and a counterbore portion, and wherein the thru-hole portion allows a first end of the tongue fastener to enter the counterbore portion and blocks a second end of the tongue fastener from entering the counterbore portion.

**9**. The system of claim **1**, wherein the spring is a helical spring.

**10**. The system of claim **1**, wherein the alignment indicia comprise at least one of numbers, letters, and symbols.

\* \* \* \* \*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

**COMPLAINT FOR PATENT INFRINGEMENT**

| No. | Store Name | Infringing Product | Link |
|---|---|---|---|
| 1 | OEDRO | 2009-2023 Ram 1500 Classic Only 5.6' | https://www.amazon.com/dp/B07G278MDB |
| 2 | OEDRO | 2014-2018 Silverado/Sierra 1500, 5.8' | https://www.amazon.com/dp/B07G2PNNRS |
| 3 | yita | 2015-2022 Colorado/Canyon 5'2" | https://www.amazon.com/dp/B07SWYB2M1 |
| 4 | yita | 2014-2018 Silverado/Sierra 1500 5.8' | https://www.amazon.com/dp/B07SVWWNF1 |
| 5 | OEDRO | ) (2019 Legacy/Limited ONLY), 2015-2019 Silverad | https://www.amazon.com/dp/B07YW44MDQ |
| 6 | OEDRO | 2019-2023 Chevy /GMC 1500 New Body Style 5.8' | https://www.amazon.com/dp/B081T51CVJ |
| 7 | OEDRO | 2019-2023 Chevy/GMC 1500 New Body Style 6.6' | https://www.amazon.com/dp/B086296YPC |
| 8 | yita | 2009-2023 Ram 1500 (19-23 Classic ONLY) 5.7' | https://www.amazon.com/dp/B092MF8HXT |
| 9 | yita | 2019-2023 Silverado/Sierra  1500 New Body Style 6.6' | https://www.amazon.com/dp/B092MHNXR4 |
| 10 | yita | 2015-2022 Colorado/Canyon 6'2" | https://www.amazon.com/dp/B099RWVJZ4 |
| 11 | yita | 2019-2023 Silverado/Sierra 1500 New Body Style 5.8 ' | https://www.amazon.com/dp/B099RV8966 |
| 12 | yita | 2009-2023  Ram 1500 (19-23 Classic ONLY) 6.4' | https://www.amazon.com/dp/B09BTQ14RH |
| 13 | yita | 2020-2023 Gladiator JT | https://www.amazon.com/dp/B09BZNX9GP |
| 14 | yita | 2005-2015 Tacoma 5' | https://www.amazon.com/dp/B0B14R6NSK |
| 15 | yita | 2016-2023 Tacoma 6' | https://www.amazon.com/dp/B0B13WFH8K |
| 16 | yita | 2016-2023 Tacoma 5' | https://www.amazon.com/dp/B0B146BMDT |
| 17 | yita | 2005-2023 Frontier(NO México) 5' | https://www.amazon.com/dp/B0B9RFC9KS |
| 18 | yita | 2019-2023 Ram 1500 New Body Style 5.7' | https://www.amazon.com/dp/B0C169WVHV |
| 19 | OEDRO | 2019-2023 Ram 1500 New Body Style 5.6' | https://www.amazon.com/dp/B0C1696Z52 |
| 20 | OEDRO | 2015-2023 F150 5.6' | https://www.amazon.com/dp/B07G2F28KR |